FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-20-00407-CV

Marian **HADDAD**,
Appellant

v.

**TRI-COUNTY A/C & HEATING, LLC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0908-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

In the underlying case, the trial court signed a final judgment on April 17, 2020. Appellant Marian Haddad timely filed a motion for new trial, and her notice of appeal was due on July 16, 2020. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file a notice of appeal was due on July 31, 2020. *See* TEX. R. APP. P. 26.3.

Appellant filed her notice of appeal on August 12, 2020, well after the last day to timely file a notice of appeal with an extension. Appellant's notice of appeal appears to be untimely.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction.").

All other appellate deadlines are suspended pending further order of this court.

If Appellant fails to respond as ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court